

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-28-2009

# Berrier v. Simplicity Mfg Inc

Precedential or Non-Precedential: Precedential

Docket No. 05-3621

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Berrier v. Simplicity Mfg Inc" (2009). *2009 Decisions.* Paper 1421.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1421

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No: 05-3621
_____

WAYNE BERRIER; BRENDA GREGG, in their own right and as
parents and natural guardians of Ashley Berrier, a minor,

Appellants

v.

SIMPLICITY MANUFACTURING, INC.,

Third-Party Plaintiff

v.

SUSIE SHOFF;
MELVIN SHOFF,

Third-Party Defendants
_____

Appeal from the United States District Court
for The Eastern District of Pennsylvania
(Civil Action No. 04-CV-00097)
District Court: Hon. Legrome D. Davis
_____

Argued: January 8, 2007

Before: McKEE, AMBRO, and FISHER
Circuit Judges

_____

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED** that the Opinion filed in this case on April

21, 2009, be amended as follows:

On page 44, at the eighth line from the top of footnote 27, delete "*Bogush*" and replace it with "*Bugosh*."

BY THE COURT:


/s/ Theodore A. McKee
CIRCUIT JUDGE


Dated: April 28, 2009

2